75 So.2d 922

**Silas Comer GARRETT, III**

v.

**Robt. J. WHEELER, Judge.**

6 Div. 804.

Supreme Court of Alabama.

Sept. 27, 1954.

See also, Ala.Sup., 76 So.2d 681.

Roderick Beddow and G. Ernest Jones, Birmingham, for petitioner.

Elias C. Watson, Jr., Asst. Circuit Solicitor, Birmingham, for respondent.

PER CURIAM.

Rule nisi granted as to sanity hearing; rule denied as to motion to quash indictment.

74 So.2d 614

**William Lester HOLLOMAN**

v.

**STATE.**

5 Div. 598.

Supreme Court of Alabama.

Aug. 30, 1954.

W. Clarence Atkeison, Prattville, and J. B. Atkinson, Clanton, for petitioner.

Si Garrett, Atty. Gen., and Paul T. Gish, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of William Lester Holloman for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Holloman v. State, 37 Ala. App. 599, 74 So.2d 612.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and CLAYTON, JJ., concur.

74 So.2d 273

**Louis KEENE v. STATE.**

6 Div. 731.

Supreme Court of Alabama.

June 24, 1954.

Rehearing Denied Aug. 30, 1954.

W. D. Partlow, Jr., Tuscaloosa, for petitioners.

Si Garrett, Atty. Gen., opposed.

MERRILL, Justice.

Petition of Louis Keene for writ of certiorari to review and revise the judgment of the Court of Appeals in the case of Keene v. State, 74 So.2d 273.[1] The Court of Appeals disposed of the case without rendering an opinion. Hence, we have nothing to review. The writ is due to be and is denied.

Hathcock v. State, 37 Ala.App. 724, 66 So.2d 927.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

1. 37 Ala.App. 723.